```
1  Mark E. Ellis - 127159
   Jeremy R. Jones - 233377
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA 95825
   Telephone:  (916) 565-0300
4  Facsimile:  (916) 565-1636
5  Attorneys for Defendant
   ATLANTIC CREDIT AND FINANCE, INC.
6
7
8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
```


IT IS SO ORDERED
Judge James Ware

| | |
|---|---|
| JOSH BRONSERT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J. A. CAMBECE LAW OFFICE, P.C., J. A. CAMBECE, ATLANTIC CREDIT AND FINANCE, INC., and CACV OF COLORADO, LLC,<br><br>Defendants.<br><br>And related case entitled,<br><br>CRAIG UYEDA, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J. A. CAMBECE LAW OFFICE, P.C., J. A. CAMBECE, ATLANTIC CREDIT AND FINANCE, INC., and CACV OF COLORADO, LLC, | Case No.: C05 01826 JW<br><br>STIPULATION AND REQUEST TO CONTINUE CMC and [PROPOSED] ORDER<br><br>Date: October 17, 2005<br>Time: 10:00 am<br>Judge: James Ware<br><br>Courtroom 8<br><br><br>Case No.: C0404312 JW<br><br>Date: October 17, 2005<br>Time: 10:00 am<br>Judge: James Ware<br><br>Courtroom 8 |

- 1 -

Stipulation And Request To Continue Case Management Conference

The parties to these related actions, by and through their respective counsel of record, hereby stipulate to continue the Case Management Conference in this case that is currently scheduled in the Bronsert matter for October 17, 2005 at 10:00 am at the San Jose District Courthouse, 4th floor, to allow for a potential informal settlement in this matter. Additionally, the parties request a two week continuance of the Case Management Conference in the Uyeda matter that is also scheduled for October 17, 2005.

Counsel for the parties request an additional two weeks to provide time for the defendant to produce additional documents requested by the plaintiff relating to net worth information.

Counsel believes it is in the interest of this Court and their respective parties not to attend Case Management Conferences in these two related matters until such time as the parties are certain that they cannot be resolved informally, and therefore request that this Court order both that the Case Management Conferences be continued to October 31, 2005, at 10:00 a.m.

Counsel respectfully submit this stipulation and order on behalf of the plaintiffs and the defendants in the above-captioned matters.

Dated: October 7, 2005

-2-

Stipulation And Request To Continue Case Management Conference

ent by: MCGRANE GREENFIELD HANNON & HARR 4084069950308; Page 4/5
Received: 10/ 7/05 15:15; +916 585 1637 -> MCGRANE GREENFIELD HANNON & HARR; Page 4

Case 5:05-cv-01826-JW Document 16 Filed 10/12/05 Page 3 of 4
Case 5:05-cv-01826-JW Document 15 Filed 10/07/2005 Page 3 of 4

Oct-07-05 03:00pm From-Murphy,Pearson,Bradley,Feeney +916-565-1637 T-229 P.004/005 F-222
From:LAW OFFICE OF RON WILCOX 408 296 0486 10/07/2005 00:53 #109 P.004/005
Oct-07-05 01:21pm From-Murphy,Pearson,Bradley,Feeney +916-565-1637 T-228 P.004/005 F-218

| | |
|---|---|
| 1 | 10/7/05 |
| 2 | MURPHY, PEARSON, BRADLEY & FEENEY |
| 3 | By _[signature]_ |
| 4 | Jeremy R. Jones |
|   | Attorneys for Defendant |
|   | ATLANTIC CREDIT AND FINANCE, INC. |
| 5 | Dated: 10/07/05 |
| 6 |   |
| 7 | By: _[signature]_ |
| 8 | Brian Hannon |
|   | Attorney for Defendants |
|   | J. A. CAMBECE LAW OFFICE, P.C., |
| 9 | J. A. CAMBECE |
| 10 | CACV OF COLORADO, LLC |
| 11 | Dated: 10/7/05 |
| 12 |   |
| 13 | By _[signature]_ |
|   | Ronal Wilcox |
| 14 | Attorney for Plaintiff |
|   | JOSH BRONSERT |

- 3 -
Stipulation And Request To Continue Case Management Conference

ent by: MCGRANE GREENFIELD HANNON & HARR 4084089950308; Case 5:05-cv-01826-JW Document 16 Filed 10/12/2005 Page 4 of 4; Page 5/5
Received: 10/ 7/05 15:15; +916 565 1637 -> MCGRANE GREENFIELD HANNON & HARR; Page 5
Case 5:05-cv-01828-JW Document 15 Filed 10/07/2005 Page 4 of 4

Oct-07-05 03:00pm From-Murphy,Pearson,Bradley,Feeney +916-565-1637 T-229 P.005/005 F-222
From:LAW OFFICE OF RON WILCOX 408 296 0486 10/07/2005 00:58 #109 P.005/005
Oct-07-05 01:21pm From-Murphy,Pearson,Bradley,Feeney +916-565-1637 T-225 P.005/005 F-215

### [PROPOSED] ORDER

The Case Management Conferences for the related Uyeda and Bronsert matters are continued to October 31, 2005, at 10:00 a.m.

Dated: 10/12/05

*/s/ James Ware*
U.S. District Court Judge

IT IS SO ORDERED:

JRJ.10250784.doc

- 4 -
Stipulation And Request To Continue Case Management Conference