BERNARD S. GREENFIELD, SBN. 66017
BRIAN J. HANNON, SBN. 99750
McGRANE, GREENFIELD,
HANNON & HARRINGTON LLP
40 South Market Street, Second Floor
San Jose, California 95113
Telephone: (408) 995-5600

Attorneys for Defendants
J. A. CAMBECE LAW OFFICE, P.C., J. A. CAMBECE,
and CACV OF COLORADO, LLC

RONALD WILCOX, SBN. 176601
Attorney at Law
2160 The Alameda, First Floor, #F
San Jose, ca 95126
Tel: (408) 296-0400

O. RANDOLPH BRAGG, IL SBN 06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Attorneys for Plaintiff JOSH BRONSERT, on behalf of himself and all others similarly situated

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSH BRONSERT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J. A. CAMBECE LAW OFFICE, P.C.; J. A. CAMBECE; ATLANTIC CREDIT AND FINANCE, INC., and CACV OF COLORADO, LLC,<br><br>Defendants. | Case No. C 05-01826 JW<br><br>STIPULATION AND REQUEST TO CONTINUE CMC, and [PROPOSED] ORDER<br><br>Date: November 18, 2005<br>Time: 9:00 A.M.<br>Judge: James Ware<br>Place: 280 South First Street, Courtroom 8, San Jose, CA 95113 |

The parties engaged in settlement discussions on November 10, 2005.

Page 1
STIPULATION AND REQUEST TO CONTINUE CMC AND [PROPOSED] ORDER

1  The parties believe a settlement may be possible. Therefore, the parties request a
2  continuance of the CMC for two-weeks.
3  Defendant ATLANTIC CREDIT AND FINANCE, INC. submits this case
4  management conference statement that was drafted by Mr. Ronald Wilcox. Defendant
5  ATLANTIC CREDIT AND FINANCE, INC. understands that all parties agree with this case
6  management conference statement. However, Defendant ATLANTIC CREDIT AND
7  FINANCE, INC.'s counsel has been unable to obtain signatures from other counsel, and
8  on that basis files this statement separately to comply with the Court order regarding filing
9  of said statement. .

Dated: November 10, 2005

RONALD WILCOX
Attorney for Plaintiff
JOSH BRONSERT, on behalf of himself and all others similarly situated

Dated: November 10, 2005

Jeremy Jones
Attorney for Defendant
Murphy, Pearson, Bradley and Feeney
ATLANTIC CREDIT AND FINANCE, INC.

Dated: November ____, 2005

By:_____
BRIAN J. HANNON
Attorneys for Defendants
J. A. CAMBECE LAW OFFICE, P.C., J. A. CAMBECE, and CACV OF COLORADO, LLC

### [PROPOSED] ORDER

The Case Management Conference is continued to December 12, 2005, at 10:00 a.m. Joint statements are due no later than 12/5/05.

Dated: November 16, 2005

_____
UNITED STATES DISTRICT COURT JUDGE

McGRANE,
GREENFIELD,
HANNON &
HARRINGTON
LLP
SOUTH MARKET
STREET, SECOND
FLOOR, SAN JOSE,
CALIFORNIA 95113
TELEPHONE (408)
-5600 FAX (408)
995-0308

Page 2
STIPULATION AND REQUEST TO CONTINUE CMC AND [PROPOSED] ORDER